# United States District Court
# For The Western District of North Carolina
# Asheville Division

LLOYD ANTHONIE WILLIAMS,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:11cv206

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 15, 2011 Order.

Signed: September 15, 2011

Frank G. Johns, Clerk
United States District Court